# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PATEL, MARILYN H | 2. Court or Organization<br><br>Northern District California | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Judge USDC | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 36060<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 12: 39 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Section of Antitrust Law Spring Meeting | April 18-20, 2007 | Washington, DC | Lecture/presentation | meals, lodging and transportation |
| 2. | U.S. District Court | May 4-6, 2007 | Santa Cruz, CA | Court meeting | meals, lodging and transportation |
| 3. | George Washington University/Patent Law | June 9 - 15, 2007 | Seoul, Korea | Lecture/presentation | meals, lodging and transportation |
| 4. | Judges' Workshop, Fordham University School of Law | June 26 - 29, 2007 | New York, NY | Lecture/presentation | meals, lodging and transportation |
| 5. | ABTL Annual Seminar, Silverado Resort | October 5 - 7, 2007 | Napa, CA | Lecture/presentation | meals, lodging and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

| 6. | Technology Law, Law Seminars International | December 13 - 14, 2007 | Seattle, WA | Lecture/presentation | meals, lodging and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Activision Inc. | | | | | Buy | 3/30 | L | | |
| 2. Activision Inc. | | None | | | Sell | 5/11 | L | C | |
| 3. Adobe Sys Inc. | | | | | Buy | 4/16 | M | | |
| 4. Adobe Sys Inc. | | None | M | T | Sell | 9/19 | L | B | partial sale |
| 5. Agrium Inc. | | None | M | T | Buy | 3/28 | M | | |
| 6. AIM Global Real Estate | | | | | Buy | 2/7 | | | |
| 7. AIM Global Real Estate | A | Dividend | | | Sell | 8/14 | L | | |
| 8. America Movil SA | | None | M | T | Buy | 12/20 | M | | |
| 9. Anadigics Inc. | | None | M | T | Buy | 1/5 | M | | |
| 10. Baidu.Com | | | | | Buy | 6/8 | N | | |
| 11. Baidu.Com | | None | | | Sell | 10/26 | O | F | |
| 12. Banco Bradesco SA | A | Dividend | L | T | Buy | 4/9 | L | | |
| 13. Bank of America | D | Dividend | M | T | Sell | 4/9 | M | E | partial sale |
| 14. Bay Area Toll Bonds | C | Interest | | | Sell | 2/25 | N | | |
| 15. BE Aerospace Inc. | | None | L | T | Buy | 3/28 | L | | |
| 16. Boeing | B | Dividend | N | T | | | | | |
| 17. Brasil Telecom, S.A. | | | | | Buy | 7/6 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brasil Telecom, S.A. | | None | | | Sell | 11/7 | L | D | |
| 19. Brocade Communications | | None | | | Sell | 12/19 | J | | |
| 20. CA Dev Auth Bonds | C | Interest | N | T | | | | | |
| 21. Calif. HLTH (Bonds) | B | Interest | | | Sell | 2/5 | N | | |
| 22. Century Aluminum Co. | | | | | Buy | 6/7 | J | | |
| 23. Century Aluminum Co. | | None | | | Sell | 7/17 | J | B | |
| 24. Chart Industries | | | | | Buy | 6/6 | J | | |
| 25. Chart Industries | | None | | | Sell | 7/17 | J | C | |
| 26. China Medical Tech ADS | A | Dividend | L | T | Buy | 7/6 | L | | |
| 27. China Mobile LTD | B | Dividend | M | T | Buy | 3/14 | L | | |
| 28. China Sec & Surveillance | | None | K | T | Buy | 12/20 | K | | |
| 29. CIA Vale Do Rio Doce | | None | M | T | Buy | 3/14 | L | | |
| 30. Ciena Corp. | | None | L | T | Buy | 6/26 | L | | |
| 31. Citigroup Inc. | | None | K | T | Buy | 11/8 | K | | |
| 32. Comerica Inc. | | None | L | T | Buy | 12/10 | L | | |
| 33. Conexant Systems | | None | | | Sell | 12/19 | J | | |
| 34. Consol. Energy | A | Dividend | | | Sell | 3/30 | L | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Corning Inc. | A | Dividend | K | T | Buy | 3/28 | K | | |
| 36. Countrywide Cap | | None | L | T | | | | | |
| 37. Crown Castle Int'l | | | | | Buy | 6/28 | K | | |
| 38. Crown Castle Int'l | | None | | | Sell | 7/17 | K | B | |
| 39. Dow Chemical | B | Dividend | | | Sell | 4/18 | L | | |
| 40. Einstein Noah Rest. Corp. | | | | | Buy | 6/28 | J | | |
| 41. Einstein Noah Rest. Corp. | | None | | | Sell | 7/17 | J | | |
| 42. Embraer Empresa Bras DDADS | A | Dividend | L | T | Buy | 7/6 | L | | |
| 43. EMC Corp. | | None | K | T | Buy | 8/14 | K | | |
| 44. Emerson Electric Co. | B | Dividend | M | T | Buy | 6/28 | L | | |
| 45. Emulex | | None | | | Sell | 6/15 | K | D | |
| 46. Finisar Corp | | None | | | Sell | 12/19 | J | | |
| 47. Fifth 3rd Bancorp | | None | K | T | Buy | 12/10 | L | | |
| 48. Flowserve Corp. | | None | M | T | Buy | 5/11 | M | | |
| 49. Focus Media HLDG | | None | M | T | Buy | 6/7 | L | | |
| 50. Form Factor Inc. | | None | L | T | Buy | 1/25 | M | | |
| 51. Foundation Coal | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Freeport McMoran | A | Dividend | M | T | Buy | 3/29 | L | | |
| 53. Fushi Copperweld Inc. | | None | K | T | Buy | 6/26 | K | | |
| 54. Gafisa SA | | None | K | T | Buy | 9/5 | L | | |
| 55. Gamestop Corp. | | None | L | T | Buy | 9/7 | L | | |
| 56. Genco Shipping & Trading Ltd. | B | Dividend | M | T | Buy | 6/28 | L | | |
| 57. GMarket Inc. | | None | K | T | | | | | |
| 58. Highmark California Tax Free | A | Dividend | N | T | | | | | |
| 59. Hologic Inc. | | None | M | T | Buy | 6/8 | M | | |
| 60. Honeywell Int'l | D | Dividend | N | T | | | | | |
| 61. ICICI Bank LTD | A | Dividend | L | T | Buy | 5/11 | K | | |
| 62. Informatica Corp. | | None | | | Sell | 12/19 | K | | |
| 63. Inland FACS-B BE | | | | | Buy | 2/5 | K | | |
| 64. Inland FACS-B BE | B | Interest | | | Sell | 6/8 | K | | |
| 65. Intel Corp. | | None | K | T | Buy | 2/5 | K | | |
| 66. IROBOT | | None | K | T | Buy | 2/1 | K | | |
| 67. JP Morgan Chase | B | Dividend | L | T | | | | | |
| 68. LA County Met Trans Bonds | A | Interest | M | T | Sell | 2/5 | L | | partial sale |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. LDK Solar Co. Ltd | | | | | Buy | 10/12 | L | | |
| 70. LDK Solar Co. Ltd | | None | | | Sell | 12/11 | M | E | |
| 71. Limelight Networks Inc. | | | | | Buy | 6/7 | J | | |
| 72. Limelight Networks Inc. | | None | | | Sell | 7/17 | J | A | |
| 73. Long Beach County Coll. Bonds | A | Interest | | | Sell | 2/5 | L | | |
| 74. MacQuarie Infrastruct. Co. | B | Dividend | | | Sell | 6/4 | K | D | |
| 75. MEMC Electronic Materials | | | | | Buy | 5/11 | M | | |
| 76. MEMC Electronic Materials | | None | | | Sell | 10/26 | M | D | |
| 77. Mitsubishi FNL. | B | Dividend | L | T | Sell | 12/9 | K | | partial sale |
| 78. Morgan Stanley | C | Dividend | M | T | | | | | |
| 79. Morgan Stanley Captrust | A | Interest | M | T | | | | | |
| 80. Mosaic Company | | None | N | T | Buy | 5/11 | L | | |
| 81. Mylan Inc. | | None | K | T | Buy | 11/02 | K | | |
| 82. Netlogic Microsystems Inc. | | None | K | T | Buy | 11/02 | K | | |
| 83. Nighthawk Radiology Inc. | | None | K | T | Buy | 3/16 | K | | |
| 84. Noble Int'l Ltd | A | Dividend | K | T | Buy | 2/5 | K | | |
| 85. Nokia C.P. | | None | L | T | Buy | 10/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nortel Networks | | None | | | Sell | 7/17 | J | | |
| 87. NVIDIA Corp. | | | | | Buy | 2/25 | L | | |
| 88. NVIDIA Corp. | | None | | | Sell | 10/11 | M | E | |
| 89. Power-One Inc. | | None | J | T | Buy | 2/5 | K | | |
| 90. Qualcomm. Inc | B | Dividend | L | T | | | | | |
| 91. Raytheon Co. | B | Dividend | L | T | | | | | |
| 92. Research In Motion | | None | M | T | Buy | 9/18 | | | |
| 93. RF Micro Devices | | None | | | Sell | 4/9 | J | | |
| 94. Riverbed Tech. Inc. | | None | K | T | | | | | |
| 95. RYL Bank Scotland | D | Dividend | K | T | | | | | |
| 96. San Diego County Pension Bonds | E | Interest | M | T | | | | | |
| 97. Schering Plough | A | Dividend | K | T | | | | | |
| 98. Sun Microsystems | | None | K | T | | | | | |
| 99. Sina.Com | | None | L | T | Buy | 11/9 | L | | |
| 100. Starbucks Corp. | | | | | Buy | 4/18 | L | | |
| 101. Starbucks Corp | | None | | | Sell | 5/11 | L | | |
| 102. Sterlite Inds Ltd | | None | K | T | Buy | 6/18 | K | | |

1. Income Gain Codes:      A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Suntech Power Hld, Co. | | | | | Buy | 6/8 | L | | |
| 104. Suntech Power Hld, Co. | | None | | | Sell | 12/4 | M | F | |
| 105. Sun Power Corp. | | None | M | T | Buy | 12/10 | L | | |
| 106. Sycamore Networks | | None | | | Sell | 12/19 | J | | |
| 107. Syneron Medical LTD | | None | | | Sell | 6/8 | L | | |
| 108. Tam, S.A. | | | | | Buy | 2/25 | L | | |
| 109. Tam, S.A. | A | Dividend | | | Sell | 7/06 | L | B | |
| 110. Unimproved Lot (See note in Section VIII) | | None | L | W | | | | | Part VIII, #1 |
| 111. United Healthcare GP Inc. | A | Dividend | M | T | | | | | |
| 112. Valero Energy Corp. | A | Dividend | | | Sell | 3/28 | L | C | |
| 113. Vernon CA Elec Sys. Bonds | C | Interest | N | T | | | | | |
| 114. Washington Mutual | C | Dividend | | | Sell | 12/19 | K | | |
| 115. Wheeling-Pittsburgh | | | | | Buy | 3/28 | K | | |
| 116. Wheeling-Pittsburgh | | None | | | Sell | 5/11 | K | B | |
| 117. World Savings | A | Interest | K | T | | | | | |
| 118. Xilinx Inc. | A | Dividend | | | Sell | 4/9 | K | | |
| 119. Yamana Gold Inc. | A | Dividend | | | Buy | 4/9 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | . | Date of Report |
|---|---|---|
| PATEL, MARILYN H | | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Yamana Gold Inc. | | | | | Sell | 9/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PATEL, MARILYN H | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Section VII (Investments and Trusts), No. 110: We have owned this lot since 1970. The value ascribed to it by the code reflects what appears to be values for other lots in the area that have gone on the market recently. It has not been appraised and the "current value" is only an approximation based on comparables.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIE███████████████████████████BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544